ORIGINAL

JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
Telephone: 531-5517

Attorney for Defendant
LAWRENCE ALCASID

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 4 2006

at __1__ o'clock and __45__ min __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00378SOM |
| Plaintiff, | ) | |
| | ) | DEFENDANT ALCASID'S SUPPLEMENT |
| vs. | ) | TO SENTENCING STATEMENT; |
| | ) | CERTIFICATE OF SERVICE |
| LAWRENCE RIVERA ALCASID, | ) | Date: March 28, 2006. |
| | ) | Time: 1:30 P.M. |
| | ) | Judge: SUSAN OKI MOLLWAY |
| Defendant. | ) | |

## DEFENDANT ALCASID'S SUPPLEMENT TO SENTENCING STATEMENT

DEFENDANT LAWRENCE ALCASID, by and through his counsel, offers the attached letters prepared by friends and family for the Court's consideration relative to his sentencing in the instant case.

Furthermore, Mr. Alcasid respectfully asks the Court to grant the Motion for

Downward Departure filed in his behalf by the Government.

Motion For Downward which will be filed in her behalf.

DATED: Honolulu, Hawaii, March 23, 2006.

_____
JEFFREY T. ARAKAKI
Attorney for Lawrence Alcasid