March 20, 2006

Dear Judge Susan Oki Mollway,

    My name is Rosemarie Chu, I am 27 years old and a proud mother of three children. I am currently employed at the Hyatt Regency Waikiki as a reservations agent for the past 6 years. I come from a very big, supportive family, which values integrity and honesty. With that I am writing in support of my cousin, Lawrence ("Louie") Alcasid.

    Louie and I grew up together in Kapahulu. We attended the same schools and had mutual friends. Louie has always been a positive, loving, passionate person. He is the type of person everyone felt comfortable with asking for help. I have never once heard Louie turn someone away no matter how big or small the problem may be. He always looks at the good in people and tries his best to help you in anyway he can. Now, the tables are turned and he needs our help. I don't know of one person who is not willing to help him. I can sit here and write all the good qualities Louie has but, there wouldn't be enough space.

    Although I know he made a big mistake, I am truly proud of him for taking responsibility for his actions and cooperating with the authorities. He has shown no signs of being uncooperative, even from the get go. He had risked his life to help put away his co-defendants and the others that were involved. Yes, he deserves some punishment for what he did. But, I know him so well, and I can tell that within the last year, having to deal with fear of retribution against him and his family, and more so to deal with his own conscience, I know he's learned his lesson and I can see the change within him. He has become even more passionate for the Lord than he ever was before. Through this ordeal he has lead many of my family members to accept the Lord into their hearts including myself. Just by seeing his lifestyle change his testimony speaks louder than words.

    I know in my heart, that he will never do this again and our family will help make sure of that. So I ask you, your Honor, to please give my cousin Lawrence Alcasid a chance to prove to you and society that he is a changed person, for the better.

Sincerely,

*[signature]*