Dear Judge Susan Oki Mollay;

I find myself writing this letter to you about a friend of Boulder Station Poker Room, Louie Alcasid. I have know Louie for about 5 months. We have one thing that has drawn us together, it is a person, the Lord Jesus Christ. I have been a born-again follower of Christ for 25 years. I have a past a lot like Louie. I came to Vegas in 1973, and have worked all most every day that I have been here. I am married for 23 years to my best friend Kathy. We meet in a poker room about 25 years ago, and have followed Jesus together for 23 years. I would not have got married if I had not read the bible. Keeping our family together, well without Jesus the glue, would not have been possible. I am to weak without God's help. For you see, he is not a crutch, he is the hospitable. Jesus came to set the prisoners free, from what? From our sin, yes Susan that is you also. Not everyone who starts this race ( following God's plan ) WILL FINISH. Most turn back and go back to the world. Not me, I will hold on to my faith until God takes me home. I know that God is able to keep me until the end. God changes people to be like Jesus ( who never sinned ) I want to please God and my wife, and the people who I work for. I am hopeing and praying that Louie will follow Jesus till death, and will not return to the pig pen that God has taken him out of. The wide road leads to hell and following Jesus leads to heaven. The life that Louie is coming out of is sad, I know because I to faced a long time in jail. I thank my God every day, and I thank you that you took the time to read this letter.

Steve Devet
Boulder Station
Poker room manager

3-6-06

P.S. God bless you.