Dear Honorable Judge Susan Oki Mollway,

      Aloha, my name is Nicholas Navales and I am writing to you on behalf of a very good friend Lawrence Alcasid. I am a musician/vocalist for a recording studio called Father Psalms Studio. As you can see through the name of our studio we make music or psalms that praise the Almighty Creator and give positive lifelines or positive perspectives, for people to grasp on to in times when their lives seem consumed in the negative and have no where else to go. I have only known Lawrence to be a real nice guy, family oriented and ready to do good works, so when I got the phone call and heard what he had been convicted of, I was completely surprised and taken back at what I heard.

      Although I have only known him for a few years I have seen how much of a difference he has made in his life since the untimely incident of being convicted. He is working at Boulder Station Casino where he is a supervisor and card dealer. Most importantly he is a volunteer and part of the staff at New Hope Church in Las Vegas where he helps out wherever help is needed. One of the greatest things he does to help the church, the body of Christ, is that he gives his testimony in front of hundreds of people of how he used to be before being touched by God. Now that he recognizes that he has been touched by God he gives people an avenue to connect to, so much that a man came to him and said, "Thank you for sharing your story and heart, you saved my life." Lawrence has completely turned his life around and has expressed to me that he is "Walking by Faith," and ready to be a productive and loving member of society. "I realize my mistakes and admit to the world and myself that I have made bad choices. I just want to get people off the streets and give them positive lifelines that they can grab onto and never let go."

      I look at the situation that he is in as an act of God because if he had not gone through all that he has experienced he would not be touching people's lives on the level that he is. He is ministering and relating to people that feel like there is no one in this world that feels the same way that they do. When they realize that he does, a huge weight is lifted off their back. If given a second chance to live free I know that he will do a lot more good for the world, our society, and Hawaii, than if he were to be held back within walls and bars.

                                                                         Respectfully Yours,
                                                                         Nicholas Jon Navales