Dear Judge Susan Oki Mollway,

Hi, my name is Antonia Lau, I'm a mother of three children and also a full time student at Kapiolani Community College majoring in Nursing. I live in 943 Ocean View Drive. I'm 28 years old going to be 29 in May. I'am writing to you in behalf of my younger brother Lawrence Alcasid (Louie). The reason why I'm writing you this letter is to tell you that Lawrence (Louie) is not the person you think he is. He is a kind, friendly, loving and helpful person. He is a great brother, a son and most of all a wonderful uncle to my children and nephews. Louie and I are pretty much the same. We both like to help others beside ourselves. I know what he did was wrong, but all I asked of you is to give him a second chance in life. To prove to you and the society that he is a change man.
Ever since he was arrested, he has been a different person. He has changed his life around. He has a full time job and most important is he had accepted God in his life. He goes to church every week and also Bible studies. I had never seen him this way before. He reads the Bible everyday and pray to God everyday. God has giving a new life. He sees things clearly now. He has bought me a Bible and encourage me to walk with God the way that he has. He told me that it is the greatest feeling you can ever have in your life. I'm very happy for him that he has chosen to walk in God's path. To be honest with you, what happen to my brother change my life. I looked at my life, family and love ones differently. I got even closer with them. In a way, Louie has change my life. He made me see the

things that I couldn't see. He made me realize that life is short and I shouldn't take advantage of the people I love. Actually, Louie has touched a lot of people. These people include his cousin, family and friends. Ever since I known him, he had never made any enemies. He gets along with people he has just met. Louie knows what he did was wrong and he is paying for it. He never denied what he did, in fact he volunteer to help the DEA to catch the other drug dealer. He has cooperated with them a 100%. He did whatever they wanted him to do and more. He never ran away from what he did. All I can tell you is that he is not a treat to society. All I asked of you Judge is to forgive him and to give him a second chance in life. Please look deep inside your heart to see what kind of a person my brother really is. Everyone makes a mistake and everyone deserve a second chance around. If God can forgive us and give us a second chance so can you. There is a lot of people who loves Louie and will support him all the way.

Thank You for taking your time reading this letter. It mean a lot to me.

                          Sincerely,

                          Antonia Lau

                          *Antonia Lau* (signature)