Judge Mollway,

I've offered to speak on a dear friends behalf, a friend who is at a crossroad, in a life of many crossroads. I'd like to tell you a bit about myself so you may have background on the man writing to you. My name is Rex Gurniak, I'm 42, born in Michigan, but I've lived in Las Vegas for just over 2 years. I'm also a religious man and believe that I have been giving tools from the lord to help people when in need.

1. I'm a big man, 6'2"-240lbs, which over the years has allowed me to assist in problems of strength, bullying and moving to those unable to do for themselves.

2. The tool of speech, back in Michigan I ran a shift of computer designers for G.M., at the same time working for a bar as a bouncer. Out here in Las Vegas I do the scheduling for the poker room I work in. all these thing because I can talk to people, keep those wanting to fight from fighting, get those who need to come in on the weekend to finish a job happy and wanting to come in. plus most important to me making my job where I work at now the best place I can. Which brings me to my third tool.

3. I can read people, almost all of the time. I imagine this is a tool you must also have, I wonder how many times you used your gut feelings on the bench. Mostly it's a trivial tool, but here it's a godly gift. I don't know the person Louie was before I met him, I can only quote Luke in the parable of the lost son "But we had to celebrate and be glad, because this brother of yours was dead and is alive again; he was lost and is found. This brother of mine has joy in his life, has reasons to awake in the morning, is a viable, intricate, needed part of many peoples lives everyday. The wrongs he's made are scars he deals with daily.

Louie works with me at Boulder stations Poker Room. In the short time since starting he has progressed to floor man, running the floor, controlling the room, the games and the people (players & dealers). Louie has a patient and caring way that your customers and his fellow dealers look to. Which has allowed him to ascend to his position so soon. He comes in with a smile and a what can I do for you attitude, ideas of change and ways to better the poker room are on his mind always.

But talking to Louie almost daily shows me his love for life itself and not for himself. He's been born again and lets Jesus Christ run his life, selflessly doing for others, going to church, going to work and in everyday living he looks to give. We've had talk after talk about our church he told me about his testimony, letting me read it before he give it at church. We've been in bible study together and prayed together more times then I can remember.

I would not begin to tell you the ways of our court and judicial system, I believe with no doubt that we live in the greatest country in this world. But is not the propose of courts to find ways to rehabilitate the wrong doers of this country. Rehabilitate not so much of a punishment but a way of recognizing your wrongs and realizing what needs to change in order to fit into society. Where you must abide by the laws of this land and respect the rights of others. I understand that this is the real world not a world of big business C.E.O.'s with their tiny money paybacks after destroying millions of peoples retirement lives or the entertainment world where stars go free after rapes, drugs and murder. People live with what they do, as I do, but if someone truly has repent, truly is remorseful, truly has learned what was wrong and is helping other to not go down that road isn't that what the courts are hoping happens, when they make decision of jail time or probation or community service.

I thank you in taking this time to read this, this small account of the huge changes I see in my brother Louie's life. This is the first of these letters I've ever written. I don't know how correct it is. What I do know is that Laurence is in my prayers every day he is I friend that I need to see, talk to and have in my life every day. He has made changes to lives around him and has shown people that even in adversity he lives life with hope, love and a strength of from Jesus Christ that always gives him I light at the end of the tunnel. I would ask, if I have any right to, that you show any patients, lenience and love you can in sentencing this man. He's needed back here, he's loved back, and if my read this time is right and I know it is, God would like him here to help in his work to.

Thank You again Judge Mollway

Sincerely Rex Gurniak

*Rex Gurniak*